**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2123

ZHIHUA YAN,

Plaintiff - Appellant,

v.

ARLINGTON ASYLUM OFFICE USCIS,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:23-cv-00617-FDW-DCK)

Submitted:  February 27, 2024                    Decided:  February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zhihua Yan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhihua Yan, a native and citizen of the People's Republic of China, appeals the district court's order dismissing his petition for writ of mandamus seeking an order directing Defendant to adjudicate his pending asylum application. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Zhihua Yan v. Arlington Asylum Off. USCIS*, No. 3:23-cv-00617-FDW-DCK (W.D.N.C. Oct. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*